

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00279-CV

Platinum Energy Solutions, Inc., Platinum Pressure Pumping, Inc., Whitebox Multi-Strategy Partners, L.P. and Whitebox Credit Partners, L.P.

v.

Lazarus Operating LLC, John Robert Beeler and Brenda Beeler, Individually and as Trustees of The John Robert Beeler and Brenda Beeler Trust, John Robert Beeler Revocable Trust and as General Partner of the Beeler Neyland Family Limited Partnership, and the Beeler Neyland Family Limited Partnership

On Appeal from the
369th District Court of Leon County, Texas
Trial Court Cause No. NOT-13-00230

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

January 13, 2022